# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARCUS POWERS,

        Plaintiff,

v.                                    Case No:  6:14-cv-1216-Orl-40GJK

BRAMBLES INDUSTRIES, INC.,

        Defendant.

_____/

## **ORDER**

This cause is before the Court on the parties' Renewed Joint Motion for Settlement (Doc. 37) filed on April 22, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of no objection (Doc. 39) was filed on April 29, 2015, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 27, 2015 (Doc. 38), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Renewed Joint Motion for Settlement (Doc. 37) is **GRANTED**.

3.    The case is **DISMISSED WITH PREJUDICE**.

4.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 4, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:  Counsel of Record